# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 14-20417

—————

United States Court of Appeals
Fifth Circuit

**FILED**

March 5, 2015

Lyle W. Cayce
Clerk

PEMEX EXPLORACION Y PRODUCCION, Individually and as assignee of Age Refining, Inc, Flint Hills Resources, LP and Valero Marketing and Supply Company,

Plaintiff–Appellant

v.

CONOCOPHILLIPS COMPANY; FR MIDSTREAM TRANSPORT, L.P., formerly known as TexStar Midstream Transport, L.L.C.; MARATHON PETROLEUM COMPANY, L.P., formerly known as Marathon Petroleum Company, L.L.C.; SHELL CHEMICAL, L.P.; SHELL TRADING U.S. COMPANY, "STUSCO"; SUNOCO PARTNERS MARKETING ; TERMINALS, L.P.,

Defendants–Appellees

------------------------------------------------------------

Consolidated with No. 14-20418

PEMEX EXPLORACION Y PRODUCCION,

Plaintiff–Appellant

v.

BASF CORPORATION; BASF FINA PETROCHEMICALS, L.P.; RGV ENERGY PARTNERS, L.L.C.,

Defendants–Appellees

*****************************

PEMEX EXPLORACION Y PRODUCCION,

Plaintiff–Appellant

No. 14-20417; cons. w/ 14-20418

v.

F&M TRANSPORTATION, INC.; JEFF KIRBY; SUPERIOR CRUDE
GATHERING, INCORPORATED,

                                    Defendants–Appellees

———————————————

Appeals from the United States District Court
for the Southern District of Texas
U.S.D.C. 4:12-CV-1081

———————————————

Before SMITH, PRADO, and OWEN, Circuit Judges.

PER CURIAM:*

The Court has carefully considered these consolidated appeals in light of the briefs, oral arguments, and pertinent portions of the record—including the extensive and thorough opinions of the district court. For essentially the reasons articulated by the district court, we find no reversible error and AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.